UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR.,, <br><br> Plaintiff, <br><br> v. <br><br> KERN COUNTY SUPERIOR COURT, et al., <br><br> Defendants. | No. 2: 20-cv-1665 JAM KJN P <br><br><br> ORDER |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's application to utilize electronic filing. (ECF No. 44.) For the reasons stated herein, plaintiff's application is denied.

Local Rule 133(b)(2) provides that any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge. After reviewing plaintiff's application, the undersigned finds that plaintiff has not shown good cause to grant his application to utilize electronic filing.

Accordingly, IT IS HEREBY ORDERED that plaintiff's application for permission to utilize electronic filing (ECF No. 44) is denied.

Dated: June 9, 2021

Dr1665.den

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE