UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No. 2: 20-cv-1665 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| KERN VALLEY SUPERIOR COURT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's June 16, 2021 motion to compel the law librarian to return plaintiff's 127 pages-long legal document and his 19 pages-long legal document, submitted for copying on June 1, 2021. (ECF No. 54.)

The undersigned construes plaintiff's motion to compel as a motion for a protective order. See Wilson v. Nesbeth, 2011 WL 4043569, at *1 (E.D. Cal. Sept. 9, 2011) (magistrate judges are authorized to issue orders for non-dispositive motions not involving injunctive relief). For the reasons stated herein, plaintiff's motion to compel is denied.

In the motion to compel, plaintiff describes the 19 pages-long document as a writ of execution to enforce a money judgment by Kimberly Alanza. This document is unrelated to the instant action. For this reason, plaintiff's motion to compel the return of this document is denied.

1

Plaintiff does not describe the 127 pages-long document the law librarian allegedly failed to return. Because it is unclear whether this document is related to the instant action, the motion to compel as to this document is also denied.[1]

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 54) is denied.

Dated: July 15, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Dr1665.com

---

[1] On June 21, 2021, plaintiff filed a 123 pages long opposition to defendants' motion to revoke plaintiff's in forma pauperis status. (ECF No. 56.) Plaintiff's opposition is likely one of the documents addressed in the pending motion to compel. Plaintiff's ability to file this document suggests that the law librarian returned this document to plaintiff.

2