UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No. 2: 20-cv-1665 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| KERN COUNTY SUPERIOR COURT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's motion to utilize electronic filing and motion for a settlement conference (docketed as a motion for accommodation). (ECF Nos. 87, 88.) For the reasons stated herein, these motions are denied.

On June 9, 2021, the undersigned denied plaintiff's previous request to utilize electronic filing. (ECF No. 48.) As stated in that order, Local Rule 133(b)(2) provides that any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge. After reviewing plaintiff's pending motion, the undersigned finds that plaintiff has not shown good cause to grant his application to utilize electronic filing.

In his motion for a settlement conference, plaintiff requests a settlement conference for his seven pending cases. Defendants in these cases have not consented to participate in a settlement

conference. For this reason, plaintiff's motion for a settlement conference is denied, but plaintiff is encouraged to contact defense counsel in each of those cases to determine if any of them want to jointly request a settlement conference with plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to utilize electronic filing (ECF No. 87) is denied;
2. Plaintiff's motion for a settlement conference (ECF No. 88), docketed as a motion for accommodation, is denied.

Dated: November 22, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Dr1665.den(2)

2