UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>KERN COUNTY SUPERIOR COURT, et al.,<br><br>  Defendants. | No. 2: 20-cv-1665 JAM KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motions for sanctions. (ECF No. 104.) For the reasons stated herein, plaintiff's motion for sanctions is denied.

In the pending motion, plaintiff contends that defendants failed to comply with the November 18, 2021 order directing them to file a supplemental opposition to plaintiff's motions to be taken off anti-psychotic medication within twenty-one days of the date of the order. However, on December 8, 2021, defendants filed a timely supplemental opposition in compliance with the November 18, 2021 order.[1] (ECF No. 100.)

---

[1] Plaintiff signed his motion for sanctions on December 8, 2021. Therefore, it is likely plaintiff had not received defendants' supplemental opposition at the time he signed his motion for sanctions.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for sanctions (ECF No. 104) is denied.

Dated: December 29, 2021

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Dr1665.san