UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER,<br><br>   Plaintiff,<br><br> v.<br><br>KERN COUNTY SUPERIOR COURT, et al.,<br><br>   Defendants. | No. 2: 20-cv-1665 JAM KJN P<br><br><br>ORDER |

  Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Several matters are pending before the court.

  On March 3, 2022, plaintiff filed a pretrial statement. (ECF No. 128.) On March 4, 2022, plaintiff filed a "motion to obtain the attendance of incarcerated witnesses" at trial. (ECF No. 129.) On March 4, 2022, plaintiff also filed a motion requesting that witness fees for unincarcerated witnesses who refuse to testify voluntarily be waived. (ECF No. 130.)

  On January 20, 2022, the undersigned issued a discovery and scheduling order. (ECF No. 110.) The discovery deadline is May 27, 2022. (Id. at 5.) The dispositive motion deadline is August 19, 2022. (Id.) A trial date will be set following resolution of dispositive motions, if appropriate.

////

Plaintiff's pretrial statement and motions related to trial witnesses are premature because no trial date is set. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's pretrial statement (ECF No. 128) is disregarded;
2. Plaintiff's motion for incarcerated witnesses (ECF No. 129) and motion for waiver of fees (ECF No. 130) are denied as premature.

Dated: March 9, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Dr1665.wit