UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER,<br><br>    Plaintiff,<br><br>    v.<br><br>KERN COUNTY SUPERIOR COURT, et al.,<br><br>    Defendants. | No. 2: 20-cv-1665 JAM KJN P<br><br><br>ORDER |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion requesting that this action be referred to the Post-Screening ADR Project.[1] (ECF No. 133.) The undersigned construes plaintiff's motion as a request for a settlement conference. For the reasons stated herein, this motion is denied.

    The court previously referred this action to the Post-Screening ADR Project. (ECF No. 25.) The court then granted defendants' request to opt-out of the Post-Screening ADR Project. (ECF No. 31.)

////

---

[1] Plaintiff refers to the Post-Screening ADR Project as the "Post Deposition ADR Project."

1

Both parties must consent to participate in a settlement conference. The undersigned cannot set a settlement conference in this action because defendants have not consented to participate in a settlement conference.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to refer this action to the Post-Screening ADR Project (ECF No. 133) is denied.

Dated: March 28, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Dr1665.alt