IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BILLY DRIVER, JR.,**<br><br>                              Plaintiff,<br><br>            v.<br><br>**KERN COUNTY SUPERIOR COURT, et al.,**<br><br>                              Defendants. | Case No. 2:20-cv-01665-JAM-KJN (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CHANGE THE TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |

Defendants Drs. R. Bansal and M. Rauf and Nurse T. Maya (collectively, the Prison Medical Officials) move to change the time, by 14 days, to file their opposition to Plaintiff Driver's motion to compel. (ECF No. 142.)

Good cause appearing, IT IS HEREBY ORDERED that the Prison Officials' motion (ECF No. 144) is **GRANTED**. The Prison Medical Officials may file their opposition by May 4, 2022.

Dated: April 20, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Dr1665.eot(com)

1

[Proposed] Order Grant'g Defs.' Mot. for Administrative Relief to Change the Time to File Opp'n to Pl.'s Mot.
(2:20-cv-01665-JAM-KJN (PC))