UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No. 2: 20-cv-1665 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| KERN COUNTY SUPERIOR COURT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Several matters are pending before the court.

Plaintiff's Motion to Compel (ECF No. 135)

Plaintiff filed the pending motion on March 28, 2022.  Plaintiff claims that defendants failed to respond to several discovery requests, including a request for production of documents, interrogatories and request for admissions.  (ECF No. 135 at 1.)  Plaintiff alleges that responses to interrogatories were due March 19, 2022, and responses to request for admissions were due March 24, 2022.  (Id.)

Attached to plaintiff's motion is an outgoing mail record.  This document demonstrates that plaintiff served defendants with documents on January 31, 2022, and February 7, 2022.  (Id. at 2.)

1

In the opposition, defendants first argue that plaintiff failed to "meet and confer" regarding the discovery disputes as required by Federal Rule of Civil Procedure 37(a)(1). However, the meet and confer requirements set out in Local Rule 251 are inapplicable in this prisoner case. (See Disc. and Sch. Order (ECF No. 110 at 5).)

Defendants contend that they served plaintiff with timely responses to the pending discovery requests. (ECF No. 138 at 2.) Defendants observe that the discovery and scheduling order provides that responses to written discovery requests are due 45 days after requests are served. (Id. at 2 (citing ECF No. 110 at 5).)

Defendants state that on January 30, 2022, plaintiff propounded combined interrogatories and request for production of documents. (ECF No. 138-1 at 2.) Forty-five days from January 30, 2022, is March 16, 2022. Defendants state that they timely served plaintiff with responses to the combined interrogatories and request for production of documents on March 16, 2022. (Id.)

Defendants also state that on January 30, 2022, plaintiff propounded a first set of request for admissions. (Id.) Defendants state that they timely served plaintiff with responses to the request for admissions on March 16, 2022. (Id.)

Defendants also state that on February 6, 2022, plaintiff propounded a second set of request for admissions. (Id.) Forty-five days from February 6, 2022, is March 23, 2022. Defendants state that they timely served plaintiff with responses to the second set of request for admissions on March 16, 2022. (Id.)

The record reflects that defendants timely served plaintiff with responses to the at-issue discovery requests. Accordingly, plaintiff's motion to compel is denied.

Plaintiff's Motion Regarding Press (ECF No. 136)

Plaintiff requests that the general news media be allowed to cover the instant action.

No court order has issued prohibiting the media from reporting on the instant action. The court also does not have the authority to order the media to report on this action. For these reasons, plaintiff's motion regarding the media is denied.

////

////

Plaintiff's Request for Settlement Conference (ECF No. 139)

Plaintiff requests that the court schedule a settlement conference. On April 12, 2022, defendants filed an opposition to the pending motion. (ECF No. 140.) Defendants state that they do not consent to a settlement conference. (Id.)

As the court previously informed plaintiff, the court will not schedule a settlement conference without consent from both parties. Accordingly, plaintiff's request for a settlement conference is denied.

In the opposition, defendants observe that the court denied plaintiff's previous motions for settlement conferences. (Id. at 2 (citing ECF Nos. 85, 95, 101, 134).) Defendants contend that plaintiff's repeated requests for settlement conferences following repeated denials of these requests are improper, harassing and a waste of judicial resources. (Id.)

Plaintiff is informed that he shall make no further requests to the court for settlement conferences because defendants are not interested in settling this case at this time. If defendants desire a settlement conference at a later date, they shall notify the court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (ECF No. 135) is denied;
2. Plaintiff's motion regarding the press (ECF No. 136) is denied;
3. Plaintiff's motion for a settlement conference (ECF No. 139) is denied.

Dated: April 27, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Dr1665.com(1)