UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY SUPERIOR COURT, et al.,<br><br>　　　　　Defendants. | No.  2: 20-cv-1665 JAM KJN P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On May 2, 2022, plaintiff filed a motion for a preliminary injunction. (ECF No. 147.)

　　　IT IS HEREBY ORDERED that defendants are not required to respond to plaintiff's pending motion for preliminary injunction (ECF No. 147) until ordered by the court.

Dated:  May 6, 2022

　　　　　　　　　　　　　　　　　　　　　／s／ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dr1665.ord(5)

1