UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BILLY DRIVER, | No. 2: 20-cv-1665 JAM KJN P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| KERN COUNTY SUPERIOR COURT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On May 26, 2022, defendants filed a motion to compel. (ECF No. 153.) Plaintiff did not oppose the motion to compel.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause for his failure to oppose the motion to compel; plaintiff may file his opposition to the motion to compel with his response to the order to show cause.

Dated: June 29, 2022

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Dr1665.osc.kc

1