IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BILLY DRIVER, JR.,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**KERN COUNTY SUPERIOR COURT, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:20-cv-01665-TLN-KJN (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO VACATE PRETRIAL MOTION DEADLINE** |

　　　Defendants move to vacate the dispositive motion deadline of August 19, 2022, until after the order to show cause against plaintiff for failure to respond to defendants' motion to compel is resolved.  Good cause appearing, IT IS HEREBY ORDERED that defendants' motion to vacate (ECF No. 167) is granted; and the August 19, 2022 dispositive motion deadline is vacated and will be reset for 60 days following resolution of the order to show cause.

Dated:  July 28, 2022

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dr1665.mod