UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER,<br><br>     Plaintiff,<br><br>     v.<br><br>KERN COUNTY SUPERIOR COURT, et al.,<br><br>     Defendants. | No. 2: 20-cv-1665 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's July 27, 2022 motion for a pretrial conference. (ECF No. 170.) For the reasons stated herein, plaintiff's motion is denied as premature.

On July 28, 2022, the undersigned granted defendants' motion to vacate the dispositive motion deadline. (ECF No. 169.) The undersigned ordered that the dispositive motion deadline would be reset for 60 days following resolution of defendants' motion to compel. (Id.)

Plaintiff is informed that a pretrial conference will be scheduled following resolution of defendants' motion to compel and any dispositive motions, if appropriate.

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a pretrial conference (ECF No. 170) is denied as premature.

Dated: August 2, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dr1665.ord(7)