1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BILLY DRIVER,                          No.  2: 20-cv-1665 TLN KJN P

12                  Plaintiff,

13        v.                                ORDER

14   KERN COUNTY SUPERIOR COURT, et
     al.,

15
                   Defendants.
16

17

18        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

19   to 42 U.S.C. § 1983.  For the reasons stated herein, defendants are ordered to inform the court of

20   the status of plaintiff's access to mailing envelopes and his legal property regarding the instant

21   action within ten days of the date of this order.

22        On August 31, 2022, the undersigned granted defendants' motion to compel.  (ECF No.

23   179.)  The undersigned ordered plaintiff to re-serve defendants with responses to the request for

24   admissions and interrogatories addressed in the motion to compel within thirty days.  (Id.)  The

25   undersigned also granted defendants thirty days to arrange for production of plaintiff's documents

26   in response to defendants' request for production of documents.  (Id.)

27   ////

28

                                              1

1    In a pleading filed August 22, 2022, plaintiff alleged that on July 19, 2022, he was

2  transferred to California State Prison-Sacramento ("CSP-Sac") and had not received his legal

3  property.  (ECF No. 176 at 4.)  Plaintiff also alleged that he had no mailing envelopes.  (Id.)  In

4  the August 31, 2022 order, the undersigned ordered that if plaintiff did not have access to his

5  legal property or mailing envelopes at the time he received the order, he shall inform the court

6  within ten days.  (ECF No. 179.)

7    On September 12, 2022, plaintiff filed a pleading stating that as of September 6, 2022, he

8  had not received his legal property and nor does he have access to envelopes.  (ECF No. 181.)

9    Good cause appearing, IT IS HEREBY ORDERED that within ten days of the date of this

10  order, defendants shall inform the court of the status of plaintiff's access to mailing envelopes and

11  his legal property regarding the instant action.

12  Dated:  September 14, 2022

13

14  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

15

16

17

18  Dr1665.lp

19

20

21

22

23

24

25

26

27

28

2