UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, | No. 2:20-cv-01665-TLN-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| KERN COUNTY SUPERIOR COURT, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 21, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 161.) Plaintiff was re-served with the findings and recommendations on July 29, 2022, to his current address. Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed

1

the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed July 21, 2022 (ECF No. 161), are ADOPTED in full; and

2. Plaintiff's Motion for Injunctive Relief (ECF No. 160) is DENIED.

**DATED: September 19, 2022**

Troy L. Nunley
United States District Judge