UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER,<br><br>        Plaintiff,<br><br>    v.<br><br>KERN COUNTY SUPERIOR COURT, et al.,<br><br>        Defendants. | No.  2: 20-cv-1665 TLN KJN P<br><br>ORDER |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  For the reasons stated herein, defendants are ordered to file further briefing addressing the status of plaintiff's access to his legal property and mailing envelopes.

      In a pleading filed August 22, 2022, plaintiff alleged that on July 19, 2022, he was transferred to California State Prison-Sacramento ("CSP-Sac") and had not received his legal property.  (ECF No. 176 at 4.)  Plaintiff also alleged that he had no mailing envelopes.  (Id.)

      In a pleading filed September 12, 2022, plaintiff informed the court that as of September 6, 2022, he had not received his legal property and nor did he have access to mailing envelopes.  (ECF No. 181.)

      On September 14, 2022, the undersigned ordered defendants to inform the court within ten days of the status of plaintiff's access to mailing envelopes and his legal property.  (ECF No.

182.)

On September 26, 2022, defendants filed a status report in response to the September 14, 2022 order. (ECF No. 185.) In support of the status report, defendants filed a declaration by defense counsel. (ECF No. 185-1.) Defense counsel states that on September 14, 2022, defense counsel contacted the Litigation Coordinator at CSP-Sac to inquire about the status of plaintiff's legal property and access to mailing envelopes. (Id. at 2.) On that same date, defense counsel learned from the Litigation Coordinator that plaintiff received "miscellaneous legal mail in his property on September 2, 2022." (Id.) Defense counsel did not receive any information about other legal property plaintiff may have received. (Id.) Defense counsel attempted to clarify with the Litigation Coordinator as to whether plaintiff had requested mailing envelopes but has not been able to confirm this fact. (Id.) Defense counsel states that they continue to investigate whether plaintiff received other legal property and mailing envelopes. (Id.)

Within ten days of the date of this order, defendants shall file a further status report addressing plaintiff's access to his legal property and mailing envelopes. Defendants shall clarify whether plaintiff has access to his legal property and mailing envelopes. Defendants shall include a declaration from the Litigation Coordinator addressing this matter.[1]

Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, defendants shall file a further status report addressing plaintiff's access to his legal property and mailing envelopes.

Dated: September 28, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Dr1665.fb

---

[1] The undersigned does not understand defense counsel's statement that plaintiff "received miscellaneous legal mail in his property on September 2, 2022."

2