UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER,<br><br>         Plaintiff,<br><br>    v.<br><br>KERN COUNTY SUPERIOR COURT, et al.,<br><br>         Defendants. | No.  2: 20-cv-1665 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an order allowing plaintiff to make telephone calls to public defenders and plaintiff's motion for mandatory arbitration. (ECF Nos. 186, 188.)  For the reasons stated herein, plaintiff's motions are denied.

Motion for Telephone Calls (ECF No. 186)

Plaintiff requests that the court order prison officials to allow plaintiff thirty minute telephone calls twice per week to three public defenders until pretrial is scheduled.  The three public defenders identified in plaintiff's motion have not been appointed to represent plaintiff in this action.  For this reason, plaintiff's motion for an order directing prison officials to permit him telephone calls with the public defenders is denied.

////

1

Plaintiff also alleges that he does not have access to mailing envelopes, suggesting that he cannot contact counsel by mail. The undersigned previously found that plaintiff has access to mailing envelopes. (ECF No. 191.) Accordingly, plaintiff's motion for an order for telephone calls to contact counsel in order to seek representation, on the grounds that he does not have access to mailing envelopes, is denied.

Motion for Mandatory Arbitration (ECF No. 188)

Plaintiff appears to claim that defense counsel agreed to settle this action during plaintiff's May 23, 2022 deposition. Plaintiff appears to request that defense counsel be ordered to pay plaintiff the amount of money agreed on to settle this action.

In the response to plaintiff's motion for mandatory arbitration, defendants state that they did not agree to settle this action and they do not wish to explore settlement at this time. (ECF No. 193 at 2-3.) Defendants observe that plaintiff previously filed motions for settlement conferences, which were denied. (Id. at 2.) Defendants request that the court caution plaintiff against filing further duplicative motions. (Id. at 2-3.)

Plaintiff's motion for mandatory arbitration is denied because defendants did not agree to settle this action. Plaintiff is informed that he shall make no further requests for settlement conferences because defendants are not interested in settling this case at this time. If defendants desire a settlement conference at a later date, they shall notify the court. The undersigned further orders that should plaintiff file a further request for a settlement conference, defendants are not obligated to file a response to the request.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for an order allowing telephone calls with public defenders (ECF No. 186) and for mandatory arbitration (ECF No. 188) are denied.

Dated: October 18, 2022

Dri1665.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE