IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BILLY DRIVER, JR.,**<br><br>                            Plaintiff,<br><br>      v.<br><br>**KERN COUNTY SUPERIOR COURT, et al.,**<br><br>                            Defendants. | Case No. 2:20-cv-01665-TLN-KJN (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE STATUS UPDATE** |

Pending before the court is defendants' motion to extend the deadline of November 23, 2022, by 14 days until December 7, 2022, to file a status update regarding plaintiff's access to his legal property. Good cause appearing, IT IS HEREBY ORDERED that defendants' motion for extension of time (ECF No. 204) is granted; defendants shall file their status update by December 7, 2022.

Dated: November 17, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Dr1665.eot(d2)

1

[Proposed] Order Grant'g Mot. for Administrative Relief to Extend the Time to File Status Update (2:20-cv-01665-TLN-KJN (PC))