UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER,<br><br>        Plaintiff,<br><br>   v.<br><br>KERN COUNTY SUPERIOR COURT, et al.,<br><br>        Defendants. | No. 2: 20-cv-1665 TLN KJN P<br><br><br>ORDER |

     Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Several matters are pending before the court.

<u>Plaintiff's Motion for Sanctions filed November 30, 2022 (ECF No. 207)</u>

     Plaintiff alleges that defense counsel falsely stated in her declaration filed November 16, 2022, that plaintiff did not include any documentation showing the existence of 17 boxes of legal property. (ECF No. 207 at 4.) On these grounds, plaintiff moves for sanctions against defense counsel. (<u>Id.</u>)

     In her declaration filed November 16, 2022, defense counsel stated that in plaintiff's October 27, 2022 motion, plaintiff claimed he was denied access to 17 boxes of legal property, but did not include any documentation showing the existence of 17 boxes of legal property. (ECF No. 204-2 at 2.) In the motion for sanctions, plaintiff contends that he filed a declaration stating

1

that his 17 boxes of legal property existed. (ECF No. 207 at 4.) Based on this declaration, plaintiff contends that defense counsel's statement that he failed to provide documentation showing the existence of the 17 boxes of legal property is false. (Id.)

By referencing documentation, it is clear that defense counsel meant documents other than plaintiff's declaration. Defense counsel's statement that plaintiff failed to provide documentation showing the existence of 17 boxes of legal property was not false. Accordingly, plaintiff's motion for sanctions is denied.

<u>Defendants' Motion for Extension of Time (ECF No. 210)</u>

Defendants request an extension of time to respond to plaintiff's motion for sanctions filed November 30, 2022. Because the undersigned denies plaintiff's motion for sanctions, defendants' motion for extension of time is denied as unnecessary.

<u>Plaintiff's Motion For Order to Show Cause Why Press Should Not Be Allowed to Cover Court Proceedings (ECF No. 211)</u>

Plaintiff moves for an order showing cause why the press should not be allowed to cover the instant action. Plaintiff is informed that the press has not been prohibited from reporting about the instant action. For this reason, plaintiff's motion for an order showing cause why the press should not be allowed to cover this action is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for sanctions (ECF No. 207) is denied;

2. Defendants' motion for an extension of time (ECF No. 210) is denied; and

3. Plaintiff's motion for an order to show cause (ECF No. 211) is denied.

Dated: December 22, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Dr1665.ord(8)