UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY SUPERIOR COURT, et al.,<br><br>　　　　Defendant. | No.  2:20-cv-01665-TLN-KJN<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 10, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

On May 11, 2023, Plaintiff filed a motion requesting a hearing regarding his motion for injunctive relief and motions for protective orders filed between November 2022 and February 2023 pending before the Court.  (ECF No. 229.)  In the May 10, 2023, findings and recommendations, the magistrate judge denied Plaintiff's pending motion for protective order and other miscellaneous motions filed by Plaintiff.  (ECF No. 227 at 44–46.)  Accordingly, Plaintiff's request for a hearing regarding these motions is denied.  The magistrate judge also recommended that the motion for injunctive relief raised in the amended complaint be dismissed.  (*Id.* at 43.)  Because this Court adopts the magistrate judge's recommendation that Plaintiff's motion for injunctive relief be dismissed, Plaintiff's request for a hearing regarding this matter is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a hearing regarding pending motions (ECF No. 229) is DENIED;
2. The findings and recommendations filed May 10, 2023 are ADOPTED IN FULL;
3. Plaintiff's claims alleging that Defendant Rauf ignored his complaints that Invega caused him baldness and that all Defendants ignored his complaints that Invega caused him to suffer halitosis are DISMISSED for failing to state potentially colorable claims for relief;
4. Defendants' summary judgment motion (ECF No. 215) is GRANTED for the reasons stated in the findings and recommendations.

Date: June 26, 2023

_____
Troy L. Nunley
United States District Judge